IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID YOUNG,

        Plaintiff,

  vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

No. 2:09-cv-00941-MCE-KJM PS

<u>ORDER</u>

/

    Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On December 17, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed December 17, 2010 are adopted in full;
2. This action is dismissed without prejudice.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE